# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NANCY LANG, <br><br> Plaintiff, <br><br> v. <br><br><br> COLONIAL PENN LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 21-cv-6290 |

### NON-PARTY BANKERS LIFE & CASUALTY COMPANY'S MOTION TO QUASH NANCY LANG'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

Pursuant to Federal Rule of Civil Procedure 45, Non-Party Bankers Life and Casualty Company ("Bankers Life") hereby requests that this Court quash the Rule 45 subpoena served by Plaintiff Nancy Lang ("Lang") on October 29, 2021. Bankers Life requests this relief for the reasons set forth below and as more fully stated in its accompanying Memorandum of Law in Support, concurrently filed herewith.

1. On October 29, 2021, Lang served Bankers Life with a Rule 45 subpoena issued in connection with a Telephone Consumer and Protection Act ("TCPA") putative class action pending in the Northern District of Florida (*Lang v. Colonial Penn Life Ins. Co.*, No. 4:21-cv-00165-AW-MAF) that would require Bankers Life to present one or more representatives to appear for a deposition and testify regarding various topics identified by Lang.

2. The seven topics (which are really twenty-two topics including the subparts) all seek testimony about information that is either impossible for Bankers Life to compile or irrelevant

to the underlying case. As such, the subpoena is unduly burdensome and not proportional to the needs of the case.

3. Counsel for Bankers Life conferred with Lang's counsel on November 12, 2021. Lang's counsel opposes the relief sought.

WHEREFORE, because the subpoena subjects Bankers Life to undue burden, Bankers Life respectfully requests that this Court quash the Rule 45 subpoena.

Dated: November 23, 2021

*/s/ Andrew D. Campbell*
Andrew D. Campbell
**NOVACK AND MACEY LLP**
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
acampbell@novackandmacey.com

Adam J. Kaiser (*pro hac vice* forthcoming)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone (212) 210-9400
Facsimile (212) 210-9444
adam.kaiser@alston.com

David B. Carpenter (*pro hac vice* forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone (404) 881-7000
Facsimile (404) 881-7777
david.carpenter@alston.com

*Attorney for Non-Party Bankers Life Company*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 23, 2021, a copy of the foregoing was served on counsel of record for Plaintiff by U.S. mail and email:

Avi Kaufman
400 NW 26th Street
Miami, Florida 33127
kaufman@kaufmanpa.com

                                      */s/ Andrew D. Campbell*
                                         Andrew D. Campbell